THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In the Court of Appeals

 
 
 William Hamilton, Petitioner, 
 
 

v.

 
 
 State of South Carolina, Respondent.
 
 

ON WRIT OF CERTIORARI

Appeal from Florence County
James E. Lockemy, Circuit Court Judge
J. Michael Baxley, Post-Conviction Relief Judge

Unpublished Opinion No. 2008-UP-263
Submitted April 1, 2008  Filed May 16, 2008

APPEAL DISMISSED

 
 
 Deputy Chief Attorney Wanda H. Carter, 
 of Columbia, and William Hamilton, of Ridgeland, for Petitioner.
 Attorney
 General Henry D. McMaster, Chief Deputy Attorney John W. McIntosh, Assistant
 Deputy Attorney General Salley W. Elliott, and Assistant Attorney General Sabrina
 Todd, all of Columbia, for Respondent.  
 
 

PER CURIAM:  Petitioner seeks a writ of certiorari from the
 denial of his application for post-conviction relief (PCR).  
Because there is
 sufficient evidence to support the PCR judges finding that Petitioner is
 entitled to a belated appeal, we grant the petition for a writ of certiorari
 and proceed with a review of the direct appeal issue pursuant to Davis v.
 State, 288 S.C. 290, 342 S.E.2d 60 (1986).  
Petitioners appeal
 is dismissed, after consideration of Petitioners pro se brief and
 review pursuant to Anders v. California, 386 U.S. 738 (1967).  Counsels
 motion to be relieved is granted.  
APPEAL DISMISSED
HUFF, KITTREDGE,
 and WILLIAMS, JJ., concur.